UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021
```

SADE SINCLAIR,

                      Plaintiff,                      21-CV-00788 (ALC)(SN)

          -against-                              **ORDER**

UNITED STATES OF AMERICA,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of the Government's letter, ECF No. 36, which suggests that several of Plaintiff's disputes are unripe or that the parties are continuing to negotiate, Plaintiff's request for leave to file a motion to compel, ECF No. 31, is DENIED. The parties are ORDERED to continue to work cooperatively toward resolution of these issues. The parties shall file a joint letter no later than October 15, 2021, describing any outstanding disputes.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 8, 2021
               New York, New York