UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SADE SINCLAIR,

                        **Plaintiff,**                    21-CV-00788 (ALC)(SN)

    -against-                          **ORDER**

UNITED STATES OF AMERICA,

                        **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 3, 2021, Plaintiff requested the Court's leave to file a motion to compel Third Party Defendants' production of three documents, to which Third Party Defendants responded that same day. ECF Nos. 44, 45. Having reviewed both letters, Plaintiff is ORDERED to file a letter by Monday, November 8, 2021, setting out with specificity the reason(s) why (i) the insurance policy and audit trail are necessary for depositions, and (ii) the copy of the audit trail produced by the Third Party Plaintiff is insufficient for Plaintiff's purposes. The letter should also address, in detail, why Plaintiff requires Dr. Schneider's W-2 form in lieu of a confirmation by Third Party Defendants that he was employed at Montefiore Medical Center at the time in question. Any response by Third Party Defendants is due no later than Tuesday, November 9, 2021.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      November 5, 2021
                  New York, New York