UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SADE SINCLAIR,

                              Plaintiff,                                 21-CV-00788 (ALC)(SN)

            -against-                                   **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 3, 2021, Plaintiff requested leave to move to compel Third Party Defendants' production of their insurance policy, Dr. Schneider's 2017 W-2 form, and the audit trail for the Plaintiff's electronic medical record for the in-patient admission at Montefiore Medical Center. Plaintiff supplemented her request on November 8, 2021, and the Third Party Defendants responded the following day. Plaintiff's motion is DENIED. Given Third Party Defendants' confirmation of Dr. Schneider's employment by Montefiore Medical Center, and the fact that Plaintiff has no direct claims against the Third Party Defendants, Plaintiff has not made a sufficient showing of the need for either the insurance policy or the W-2 form. The Court has reviewed the audit trail that was produced by the United States, and Plaintiff has not adequately explained why the production of an additional audit trail is material to the case.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      November 15, 2021
                 New York, New York