```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SADE SINCLAIR,

                                Plaintiff,

              -against-

UNITED STATES OF AMERICA,

                              Defendant.

-----------------------------------------------------------------X

21-CV-00788 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the close of fact discovery on January 14, 2022, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      January 19, 2022
                New York, New York