Joseph Santora, Esq. (JS2200)
LUTFY & SANTORA
1405 Clove Road
Staten Island, New York 10301
Tel.: (718) 442-2272
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SADE SINCLAIR,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant/Third-Party Plaintiff,

v.

MONTEFIORE MEDICAL
CENTER, MONTEFIORE MEDICINE ,
ACADEMIC HEALTH SYSTEM, INC.,
and STEFAN SCHNEIDER, D.D.S.,

    Third-Party Defendants.
_____x

CASE NO.: 21-cv- 0788 (ALC) (SN)

## VOLUNTARY DISMISSAL WITH PREJUDICE

SADE SINCLAIR ("Plaintiff"), through undersigned counsel, and the UNITED STATES OF AMERICA ("Defendant"), through undersigned counsel, hereby agree that all claims asserted by Plaintiff against Defendant in this action shall be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

LUTFY & SANTORA * 1405 CLOVE ROAD * STATEN ISLAND, NEW YORK 10301

1

Dated: Staten Island, New York
March 7, 2022

| | |
|---|---|
| LUTFY & SANTORA<br>Attorneys for Plaintiff | DAMIAN WILLIAMS<br>US Attorney for Southern District of NY<br>Attorneys for Def. USA |
| By: *[signature]* | By: *[signature]* |
| JOSEPH SANTORA<br>Office & P.O. Address<br>1405 Clove Road<br>Staten Island, New York 10301<br>(718) 442-2272<br>(718) 442-1939 (Fax)<br>Email: ls@landslaw.net | CARLY WEINREB - Assistant US Attorney<br>Office & P.O. Address<br>86 Chambers Street - 3rd Floor<br>New York, New York 10007<br>(212) 212-637-2769<br>(212) 637-2786<br>Email: carly.weinreb@usdoj.gov |

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
Attorneys for Third Party Defendants

BY: *[signature]*

PAMELA HARINSTEIN
Office & P.O. Address
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Email: Pamela.Hairinstein@wilsonelser.com

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
4/1/22

Dated: March      , 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————x

SADE SINCLAIR,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant/Third-Party Plaintiff,

v.

MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., and STEFAN SCHNEIDER, D.D.S.,

    Third-Party Defendants.
—————————————————————————x

Case No..: 21-cv-0788 (ALC) (SN)

## VOLUNTARY DISMISSAL WITH PREJUDICE

The UNITED STATES OF AMERICA ("Third-Party Plaintiff"), through undersigned counsel, hereby dismisses all third-party claims that it has asserted in this action against MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., and STEFAN SCHNEIDER, D.D.S. ("Third-Party Defendants") with prejudice.

Further, the Third-Party Defendants, through undersigned counsel, hereby dismiss all counter claims asserted in this action against Third-Party Plaintiff the UNITED STATES OF AMERICA, with prejudice.

Each party shall bear their own attorney's fees and costs.

Dated: March 21, 2022

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*
CARLY WEINREB
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2769
Fax: (212) 637-2786
Email: carly.weinreb@usdoj.gov
*Attorney for the United States*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: *[signature]*
PAMELA HARINSTEIN
1133 Westchester Avenue
White Plains, NY 10604
Tel.: (914) 323-7000
Email: pamela.harinstein@wilsonelser.c
*Attorney for Third-Party Defendants*

LUTFY & SANTORA

By: *[signature]*
Joseph Santora, Esq.
1405 Clove Road
Staten Island, NY 10301
Tel: (718) 442-2272
Email: ls@landslaw.net
*Attorney for Plaintiff*

SO ORDERED:

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/1/22